[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12735

Non-Argument Calendar

_____

2 BIG LEGACY, LLC, et al.,

Counter Defendants- Plaintiffs,

DEXTER HULL,

Interested Party-Appellant,

*versus*

CL-CH RESIDENTIAL CREDIT OPS 2, LLC,
ALPHA FLOW TRANSITIONAL MORTGAGE TRUST 2021-WL1,
WILMINGTON SAVINGS FUND SOCIETY, FSB,
as trustee for
Residential Mortgage Aggregation Trust,
NYMT COMMERCIAL ACQUISITION, LLC,

2                    Opinion of the Court                    24-12735

Defendants-Counter Claimant-Appellees

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03133-SEG

_____

Before JORDAN, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Dexter Hull, proceeding *pro se*, appeals from the district court's July 22, 2024, order adopting the magistrate judge's report and recommendation and granting the defendants' motions for summary judgment. The appellees move to dismiss this appeal because Hull's notice of appeal is untimely and because he does not have standing to appeal the July 22 order.

We conclude that we lack jurisdiction over this appeal because Hull's notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Hull filed his notice of appeal on August 22, 2024, one day after the statutory deadline expired. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Moreover, there is no basis in the record for relief under Fed. R. App. P. 4(a)(5) or 4(a)(6). *See* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5)(A), 4(a)(6); *Parker v. Strickland*, 728 F.2d 1406, 1407 (11th Cir. 1984); *Sanders v. United States*, 113 F.3d 184, 186 (11th Cir. 1997).

24-12735                Opinion of the Court                3

Accordingly, the appellees' motions to dismiss this appeal are GRANTED, and this appeal is DISMISSED for lack of jurisdiction. The appellees' motions to impose sanctions are DENIED.